

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00058-CV

| | | |
|---|---|---|
| MILLICENT EDWARDS, Appellant | § | On Appeal from the 352nd District Court |
| | § | |
| | | of Tarrant County (352-281484-15) |
| V. | § | |
| | § | April 2, 2020 |
| LYNN SMITH CHEVROLET, Appellee | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
Chief Justice Bonnie Sudderth